UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST W. THOMAS, )
Inmate No. 41432-007 )
FCI Schuylkill/P.O. Box 759 )
Minersville, PA 17954-0759 )
)
      Plaintiff, )  Case: 1:15-cv-01514
)   Assigned To : Mehta, Amit P.
vs. )  Assign. Date : 9/17/2015
)  Description: Pro Se Gen. Civil F Deck
U.S. DEPARTMENT OF JUSTICE, )
Executive Office for U.S. Attorneys )
600 E. Street, N.W. )
Room 7300 BICN )
Washington, DC 20530 )
)
      Defendant. )

## COMPLAINT

### I. INTRODUCTION

Plaintiff, Ernest W. Thomas ("Thomas"), acting pro-se, and pursuant to 5 U.S.C. § 522(a)(4)(B), files the instant Complaint against the above named Defendant for withholding requested records in violation of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522 et. seq.

### II. JURISDICTION

This Court has jurisdiction to adjudicate complaints that documents requested pursuant to the FOIA were improperly withheld by the custodian agency. See 5 U.S.C. § 552(a)(4)(B). The Court, when warranted, can "enjoin the agency from withholding records."

### III. RELEVANT FACTS

On November 7, 2012, Thomas submitted a request for record to the Executive Office for the United States Attorneys located at 600 E. Street, N.W. Room 7300 BICN, Washington, D.C. See Ex. A. The request sought all documents related to Thomas' criminal case tried in the Superior Court for the District of Columbia. Id.


RECEIVED
Mail Room

SEP - 4 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

On December 10, 2012, Defendant sent Thomas notice requesting that he identify the specific United States Attorney's Office he believed maintained the sought records. **Ex. B.** The notice also advised that by making a Freedom of Information Act/Prvacy Act ("FOIA/PA") request, Thomas conceded to pay fees up to $25.00 unless he requested a waiver of fees. The notice concluded by informing Thomas that his "request for information ha[d] been closed ...," and thaat "a new file for [him] ...." would be opened went they received his "new, corrected request." Id. @ p. 2. Because the notice was deemed a "final action", it advised Thomas that he could appeal the decision to "the Office of Information Policy." Id.

Rather than appeal, on December 17, 2012, Thomas resubmitted his request with the information specifying that the United States Attorney's Office for the District of Columbia maintained the sought records; this was the information Defendant indicated in its notice that was needed to commence the search for the requested records. **Exhs. B & C.**

On January 30, 2013, Defendants sent Thomas notice that, inter alia, his FOIA/PA request was received, another request number was assigned (i.e. #13062), and that if additional information was needed he would be contacted. **Ex. D.**

In response, on February 28, 2013, Thomas sent Defendant correspondence requesting a waiver of the fees to furnish the records, indicated that his request was for non-commercial reasons, and requested to be notified if his request for a waiver was denied via a notice of the fees involved so that production of the records could continue without delay. **Ex. D.**

Defendant replied on April 15, 2013, stating that a "first-in-first-out" policy was being used to process Thomas' request "as equitably as possible and all records which can be released will be made available at the earliest possible date." **Ex. F.**

On May 14, 2014, Thomas sent Defendant a request for a status update of his request noting that over a year had passed since he received Defendant's April 15, 2013 notice that his request was being "equitably" handled to release all non-exempt records "at the earliest possible date." **Ex. G.** To date, Thomas has not received a reponse to this correspondence from Defendant, nor has he received the requested records. **Id.**

## IV. CAUSE OF ACTION

Thomas submited his initial FOIA request to Defendants on November 7, 2012. **Ex. A.** Defendants had twenty (20) working days to respond. **5 U.S.C. § 552(6)(A)(i).** However, an extension of ten (10) additional working days in "unusual circumstances" is allowed. **5 U.S.C. § 552(6)(B).** Here, Defendant did not respond within the twenty working day period, but apparently extended this period and responded on December 10, 2012. **Ex. B.** In that response, Defendants asserted that Thomas needed to provide the specific office of the U.S. Attorney he believed maintained the records requested. **Id.** This did not constitute an unusual circumstance because Thomas' initial request provided his criminal case number with the name of the District of Columbia Superior Court Judge. **Ex. A.** Clearly, Defendant knew that the only U.S. Attorney's Office for the District of Columbia prosecutes **criminal cases** in the D.C. Superior Court.

Additionally, there was no rational reason for Defendant to close the FOIA case while awaiting the information regarding the U.S. Attorney's Office involved in the criminal prosecution. This resulted in Thomas' original request being closed and Defendant's response being treated as a "final action" that Thomas could appeal; but why would he appeal when there was never a decision to withhold records but simply a request additional information. Thomas submits that these neeedless acts by Defendant were dilatory and designed to frustrate the disclosure process contrary to the pro-disclosure provisions of the FOIA statute. **See Exhs. A, B, and C.**

--3--

Indeed, Defendant has still not disclosed the requested records even after receiving the information from Thomas that Defendant contended was essential to the search for the requested records. **Ex. B.**

Finally, the fact that Thomas is requesting records related to his criminal prosecution and is currently incarcerated in a federal correctional facility, does not preclude him from FOIA access to records. See **Epps v. United States Dep't of Justice, 801 F.Supp. 787, 789-90, aff'd in part, vacated in part, 995 F.2d 305 (D.C. Cir. 1992)(noting each member of the public is treated equally regardless of their purpose for requesting the information).** Except in cases involving a claim of privilege, the identity of the requesting party has no bearing on the merits of the FOIA request. See **United States Dep't of Defense v. Federal Labor Relations Authority, 510 U.S. 487, 496; 127 L.Ed.2d 325; 114 S.Ct. 1006 (1994).**

## V. RELIEF REQUESTED

Plaintiff respectfully request the following relief: (1) enjoin Defendant to disclosure requested records; (2) award Plaintiff fees and cost for the filing and prosecution of this complaint in the amount of $2,500; (3) any other such judgment that this Court deems just and proper.

Dated: August 23, 2015

Ernest W. Thomas #41432-007
Plaintiff/Pro-se
FCI Schuylkill/P.O. Box 759
Minersville, PA 17954-0759

EXHIBITS

November 7, 2012

Ernest W. Thomas
Federal Inmate No. 41432-007
FCI Schuylkill
P.O. Box 759
Minersville, PA  17954-0759

U.S. Department of Justice
Executive Office for United States Attorneys
FOIA/DC
600 E. Street, N.W.
Rm. 7300 BICN
Washington, D.C. 20530

Re: FOIA Request:
    Ernest W. Thomas v. USA:
    No. CF1-12704-08); Hon. Frederick H. Weisberg:


Dear FOIA Coordinator:

   This request is submitted pursuant to the Freedom of Information Act ("FOIA"), and seeks all documents possessed by this Office in the above captioned case. This includes, but is not limited to, all police reports, medical report, statements, generated during the investigation of the criminal case.

   A Certification Of Identity is attached.


Sincerely,


_____
cc: file
  : jc/dnr

Ex. A



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N W , Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020   FAX 252-6047   (www usdoj gov/usao)

Requester: Ernest W. Thomas                Request Number: 2012-4695

Subject of Request: Self

Dear Requester:

    Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraphs checked below:

1. [ ] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ ✓ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:
NOT SPLIT

    By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 the expected fees (or you have narrowed your request to reduce fees) and we have

Ex. B

(Page 1 of 2)
Form No 003 - 6/12

processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing to the **Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**. Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

Susan B. Gerson
Assistant Director


[ ] Enclosure(s)

December 17, 2012

Ernest W. Thomas #41432-007
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

U.S. Department of Justice
EOUSA/FOIA/DC
600 E. Street, N.W.
Attn: Susan B Gerson, Asst. Dir.
Rm. 7300 BICN
Washington, D.C. 20530

Re: FOIA Request # 2012-4695

Dear Ms. Gerson,

    In response to the December 10, 2012, Deficiency Notice, please note the following. **See Attached.** The requested records are related to the criminal case prosecuted by the United States Attorney's Office for the District of Columbia. As noted in the request letter, the case citation is United States v. Ernest W. Thomas, Case No. CF1-12704--08. The Honorable Frederick H. Weisburg, presided.

    I trust this information corrects the noted defect. Your assistance is appreciated and if further data or resources are needed, please advise.

Sincerely,

cc: file
: jc/dnr

Ex. C

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020  FAX: 252-6047  (www.usdoj.gov/usao)*

Requester: __Ernest W. Thomas__      Request No.: __13-62__

Subject: __Self /DDC__

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*[signature]*

Susan B. Gerson
Assistant Director

Ex. D

Form No. 001 - 6/12

February 28, 2013

Ernest W. Thomas
Inmate No. 41432-007
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Susan B. Gerson
Assistant Director
Executive Office of USA
Freedom of Information & Privacy Staff
600 E. Street, N.W., Ste. 7300
Washington, DC 20530-0001

Re: <u>FOIA Fees/Request No. 13-62</u>:


Dear Ms. Gerson:

    Sorry for the delay in responding to your January 30th letter, however, institutional matters beyond my control prevented a sooner response. Please consider waiving the fees involved in furnishing the requested documents. My request is for non-comercial reasons as the documents are simply related to my criminal case.

    In the event this waiver of fee request is denied, forward me a notice of the fees involved so that the process can continued without delay.

    Your assistance is greatly appreciated.


Sincerely,


———————————————
cc: file
  : dnr


Ex. E

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N W, Suite 7300, Bicentennial Building*
*Washington DC 20530-0001*
*(202) 252-6020   FAX 252-6047   (www usdoj gov/usao)*

Requester: __Ernest W. Thomas__

Request Number: __13-62__

Subject of Request: __Self/DDC__

Dear Requester:

This letter is written to inform you of the current status of your pending FOIA request for records. In order to process all requests as equitably as possible, this office has adopted a "first-in-first-out" policy of processing all incoming requests. Your request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

The following is the status of your request:

[X]   awaiting a response from the local U.S. Attorney's Office

[ ]   response has been received and will be processed according to "first-in-first-out" policy

[ ]   being reviewed by attorney

If you have any concern or question, please feel free to call our office.

Sincerely,

Susan B. Gerson
Assistant Director


Ex. F

Form No 46 - 6/12

May 14, 2014

Ernest W. Thomas #41432-007
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Susan B. Gerson, Assistant Director
Executive Office for United States Attorneys
Freedom of Information & Prvacy Staff
600 E. Street, N.W., Suite 7300
Washington, DC 20530-0001

Re: **Status Up-Date On FOIA Request:**
    Request No. 13-62
    Subject of Request: Self/DDC

Dear Ms. Gerson:

It has been over a year since I submitted my FOIA request for records possessed by the United States Attorney's Office for the District of Columbia. **See Attached Notice.** On April 15, 2013, you sent me notice indicating that your office was awaiting a response from the local U.S. Attorney's Office. **Id.** Since then, I have not received any further documentation or notice regarding this matter.

Please advised me of the status of my request, including any difficulties obtaining the sought records from the local U.S. Attorney's Office. As you know, the FOIA is a pro-disclosure act with remedies to compel disclosure of non-exempt records. Over a year has passed, so I need to know what I must now do to expedite the process.

Your assistance is greatly appreciated.

Sincerely,


cc: file
  : jc/dnr

Ex. G